No. 01–1216. BAVOUSET v. MAINE. Sup. Jud. Ct. Me. Certiorari denied.

No. 01–1227. ELLIOTT v. FEDERAL DEPOSIT INSURANCE CORPORATION. C. A. 4th Cir. Certiorari denied.

No. 01–1248. DE LA MATA ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–1250. DONNER v. DONNER ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–1256. MCLAUGHLIN ET AL. v. WATSON, ASSISTANT SECRETARY OF STATE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–1270. JONES v. DEPARTMENT OF HEALTH AND HUMAN SERVICES. C. A. Fed. Cir. Certiorari denied.

No. 01–1285. GROOM v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–1300. RIVERA v. LAMARQUE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–1304. GORMLEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–1305. GRACE v. RUMSFELD, SECRETARY OF DEFENSE. C. A. 2d Cir. Certiorari denied.

No. 01–1310. MENEILLY v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–1313. NATER v. PAIGE, SECRETARY OF EDUCATION. C. A. 1st Cir. Certiorari denied.

No. 01–1321. MCDOUGAL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–1323. DOW CHEMICAL CO. v. ASTRO-VALCOUR, INC. C. A. Fed. Cir. Certiorari denied.